IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| TAMARA L. BOS,<br><br>  Plaintiff,<br><br>vs.<br><br>SPARKS TRIBUNE, LLC, and NANCY STREETS,<br><br>  Defendants. | CASE NO. 3:09-cv-00573-LRH (VPC)<br><br>**DEFENDANTS' EX-PARTE MOTION FOR EXTENSION OF TIME TO FILE REPLY TO PLAINTIFF'S OPPOSITION RESPONSE TO MOTION TO DISMISS; AND ORDER**<br><br>(First Request) |

Defendants Sparks Tribune, LLC and Nancy Streets ("Defendants"), move this Court, ex parte and pursuant to LR 6-2, for an order extending the time to file a Reply to Plaintiff Tamara L. Bos' Opposition Response to Motion to Dismiss up to and including until January 11, 2010.

This ex parte Motion is supported by the following Points and Authorities, and the attached Declaration.

## POINTS AND AUTHORITIES

By this ex parte motion, therefore, Defendants seek an extension of time up to and including January 11, 2010, to file its reply to Reply to Plaintiff Tamara L. Bos' Opposition Response to Motion to Dismiss required by the Order. Defendants' counsel's office is closed December 24 and 25, 2009,

///

///

///

and counsel has a scheduled trip from December 26 through 31, 2009. For these reasons, an extension of time up to and including January 11, 2009, is respectfully required.

DATED this 22 day of December, 2009.

GAYLE A. KERN, LTD.

By: /s/ Gayle A. Kern
GAYLE A. KERN, ESQ.
Attorneys for Sparks Tribune, LLC, and
Nancy Streets

IT IS SO ORDERED.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

DATED: December 28, 2009.

GAYLE A. KERN, ESQ.
NEVADA BAR #1620
GAYLE A. KERN, LTD.
5421 KIETZKE LANE, SUITE 200
RENO, NEVADA 89511
Telephone (775) 324-5930
Telefax (775) 324-6173
E-mail: gaylekern@kernltd.com

Attorneys for Sparks Tribune, LLC, and
    Nancy Streets

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| TAMARA L. BOS, | CASE NO. 3:09-cv-00573-LRH (VPC) |
| Plaintiff, | **DECLARATION IN SUPPORT OF DEFENDANTS' EX PARTE MOTION FOR CONTINUANCE TO FILE REPLY TO PLAINTIFF'S OPPOSITION RESPONSE TO MOTION TO DISMISS** |
| vs. | |
| SPARKS TRIBUNE, LLC, and NANCY STREETS, | |
| Defendants. | (First Request) |

I, Gayle A. Kern, declare under penalty of perjury:

1.  I am an attorney admitted to practice before the Courts of the State of Nevada. I am counsel for Defendants Sparks Tribune, LLC, and Nancy Streets ("Defendants") in this action. I have personal knowledge of the facts discussed below. If called as a witness, I would and could testify competently as to the facts stated in this declaration.

2.  I received Plaintiff's Opposition Response to Motion to Dismiss December 21, 2009. On information and belief, it was filed on December 21, 2009.

3.  Pursuant to the Court's Minute Order filed December 8, 2009, Defendants have 11 days from Plaintiff's filing of her Opposition in which to Reply. Therefore the deadline for Defendant's Reply is January 4, 2010.

4.  Our office is closed December 24 and 25, 2009. I have a scheduled trip and will be gone December 26-31, 2009.

5. I spoke with Plaintiff, Tamara Bos, and due to my office closing and my travel schedule during the holidays, requested an extension up to and including January 11, 2010, in which to file Defendants' Reply. Plaintiff graciously granted my request, and advises she did not object to the requested extension.

I declare under penalty of perjury that the foregoing is true and correct of my personal knowledge.

DATED this 22 day of December, 2009.

_____
GAYLE A. KERN